## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LANCE SPEIGHTS** | * | **CASE NO. 2:23-cv-02677** |
| | * | |
| **versus** | * | **JUDGE WENDY B. VITTER** |
| | * | |
| **SAFEPORT INSURANCE COMPANY** | * | **MAG. JUDGE MICHAEL NORTH** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>JOINT MOTION TO DISMISS WITH PREJUDICE</u>

Lance Speights and SafePort Insurance Company (hereinafter "Safeport"), upon representing they have settled all matters of controversy between them, respectfully request the Court enter an order dismissing with prejudice all claims Lance Speights asserted against Safeport in the captioned matter, with each party to bear their own costs.

Respectfully submitted this 14th day of August, 2024.

Respectfully submitted,

**DALY & BLACK, P.C.**

*/s/ Carla R. Delpit*_____
Carla Ruth Delpit (77098)
2211 Norfolk Street, Suite 800
Houston, TX 77098
Telephone: 713.655.1405
Facsimile: 713.655.1587
Email: ahurd@dalyblack.com
***Attorney for Plaintiff, Lance Speights***

**McGLINCHEY STAFFORD, PLLC**

*/s/ Lauren N. Baudot*_____
Lauren N. Baudot (#36367)
601 Poydras Street – Suite 1200
New Orleans, Louisiana 70130
Telephone: (504) 596-2791
Facsimile: (504) 596-2800
E-mail: lbaudot@mcglinchey.com
***Attorneys for SafePort Insurance Company***

25966268.1

## **CERTIFICATE OF SERVICE**

I certify that on this 14th day of August, 2024, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

*/s/ Lauren N. Baudot*

25966268.1