UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LANCE SPEIGHTS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2677** |
| **SAFEPORT INSURANCE CO.** | **SECTION: D(5)** |

## ORDER DISMISSING CASE

Before the Court is a Joint Motion to Dismiss Case with Prejudice[1] filed by Plaintiff Lance Speights and Defendant Safeport Insurance Company.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is hereby **DISMISSED with prejudice,** with each party to bear its own costs.

New Orleans, Louisiana, August 15, 2024.

*(signature)*
**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Doc. 19.